# **EXHIBIT D**

Back: