# **EXHIBIT E**

**UnionBank**

# STATEMENT OF ACCOUNTS

UNION BANK
SAN CLEMENTE 0048
P.O. BOX 60368
PHOENIX                    AZ    85082-0368

Page 1 of 3
THE LITIGATION PRACTICE GROUP PC
**Statement Number:**        94874
09/01/22 - 09/30/22

Customer Inquiries
949-492-8090

Thank you for banking with us since 2020

**THE LITIGATION PRACTICE GROUP PC**
**17542 17TH ST SUITE 100**
**TUSTIN CA 92780**

## IOLTA Summary

Account Number:    94874

Days in statement period: Days in statement period: 30

| | | |
|---|---|---|
| **Balance on 9/ 1** | $ | 3,213.61 |
| **Total Credits** | | 6,287,982.58 |
| Deposits (12) | 41,202.02 | |
| Electronic credits (1) | 6,244,811.78 | |
| Other credits (2) | 1,968.78 | |
| **Total Debits** | | -6,286,306.53 |
| Checks paid (1) | -5,814,146.45 | |
| Electronic debits (21) | -465,833.39 | |
| Other debits (13) | -6,326.69 | |
| **Balance on 9/30** | $ | 4,889.66 |

Interest
Paid this period    $    1,644.31
Paid year-to-date   $    1,859.72
Interest Rates
9/1/22-9/30/22              1.70%

## CREDITS

**Deposits** *including check and cash credits*

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 9/2 | OFFICE DEPOSIT | 77300745 | $ 3,986.74 |
| 9/7 | OFFICE DEPOSIT | 76531251 | 7,025.95 |
| 9/9 | OFFICE DEPOSIT | 75803991 | 1,091.65 |
| 9/12 | OFFICE DEPOSIT | 75794970 | 1,788.44 |
| 9/14 | OFFICE DEPOSIT | 75767856 | 853.89 |
| 9/16 | OFFICE DEPOSIT | 75046362 | 9,371.13 |
| 9/19 | OFFICE DEPOSIT | 75047589 | 4,455.38 |
| 9/21 | OFFICE DEPOSIT | 75764274 | 3,953.53 |
| 9/23 | OFFICE DEPOSIT | 75771024 | 1,922.24 |
| 9/26 | OFFICE DEPOSIT | 75030768 | 2,688.94 |
| 9/28 | OFFICE DEPOSIT | 76522437 | 1,174.47 |
| 9/30 | OFFICE DEPOSIT | 77290878 | 2,889.66 |
| | 12 Deposits | Total | $ 41,202.02 |

**Electronic credits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 9/2 | WIRE TRANS TRN 0902024765 090222 101100621040829<br>Received From:<br>  SUNFLOWER BANK NATIONAL ASSOCIATION<br>Originator: | 93056812 | $ 6,244,811.78 |

Page 2 of 3
THE LITIGATION PRACTICE GROUP PC
**Statement Number:** 594874
09/01/22 - 09/30/22

**Electronic credits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| | PURCHASECO80 LLC | | |

**Other credits and adjustments**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|

**D E B I T S**

**Check Paid**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 0216 | 9/8 | 5,814,146.45 | | | |

**Electronic debits**

| Date | Description | Reference | Amount |
|---|---|---|---|

Case 8:24-ap-01068-SC    Doc 1-5    Filed 04/19/24    Entered 04/19/24 12:05:26    Desc
Exhibit Exhibit E - Account Statement    Page 4 of 4

Page 3 of 3

THE LITIGATION PRACTICE GROUP PC
**Statement Number:** 94874
09/01/22 - 09/30/22

**Electronic debits**

**Daily Ledger Balance**

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 9/1 | $ 1,716.24 | 9/19 | $ 5,859.85 |
| 9/2-9/5 | 5,839,492.94 | 9/20 | 5,492.52 |
| 9/6 | 5,839,470.01 | 9/21 | 8,536.48 |
| 9/7 | 5,846,242.36 | 9/22 | 7,960.49 |
| 9/8 | 32,095.91 | 9/23-9/25 | 9,882.73 |
| 9/9-9/11 | 32,893.59 | 9/26 | 11,590.21 |
| 9/12 | 3,151.45 | 9/27 | 10,976.60 |
| 9/13 | 2,849.50 | 9/28 | 12,135.63 |
| 9/14 | 3,692.45 | 9/29 | 12,128.76 |
| 9/15 | 3,687.44 | 9/30 | 4,889.66 |
| 9/16-9/18 | 11,458.57 | | |