# <u>EXHIBIT D</u>



**Back:**