# **EXHIBIT E**

 **Union**Bank

**STATEMENT OF ACCOUNTS**

Page 1 of 3
THE LITIGATION PRACTICE GROUP PC
**Statement Number:** 94874
09/01/22 - 09/30/22

UNION BANK
SAN CLEMENTE 0048
P.O. BOX 60368
PHOENIX                    AZ  85082-0368

Customer Inquiries
949-492-8090

Thank you for banking with us
since 2020

**THE LITIGATION PRACTICE GROUP PC**
**17542 17TH ST SUITE 100**
**TUSTIN CA 92780**

■

---

### IOLTA Summary

Account Number: 94874

Days in statement period: Days in statement period: 30

| | | | | |
|---|---|---|---|---|
| **Balance on 9/ 1** | $ | 3,213.61 | | |
| **Total Credits** | | 6,287,982.58 | | |
| Deposits (12) | 41,202.02 | | **Interest** | |
| Electronic credits (1) | 6,244,811.78 | | Paid this period | $ 1,644.31 |
| Other credits (2) | 1,968.78 | | Paid year-to-date | $ 1,859.72 |
| **Total Debits** | | **-6,286,306.53** | **Interest Rates** | |
| Checks paid (1) | -5,814,146.45 | | 9/1/22-9/30/22 | 1.70% |
| Electronic debits (21) | -465,833.39 | | | |
| Other debits (13) | -6,326.69 | | | |
| **Balance on 9/30** | $ | 4,889.66 | | |

---

### C R E D I T S

**Deposits** *including check and cash credits*

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 9/2 | OFFICE DEPOSIT | 77300745 | $ 3,986.74 |
| 9/7 | OFFICE DEPOSIT | 76531251 | 7,025.95 |
| 9/9 | OFFICE DEPOSIT | 75803991 | 1,091.65 |
| 9/12 | OFFICE DEPOSIT | 75794970 | 1,788.44 |
| 9/14 | OFFICE DEPOSIT | 75767856 | 853.89 |
| 9/16 | OFFICE DEPOSIT | 75046362 | 9,371.13 |
| 9/19 | OFFICE DEPOSIT | 75047589 | 4,455.38 |
| 9/21 | OFFICE DEPOSIT | 75764274 | 3,953.53 |
| 9/23 | OFFICE DEPOSIT | 75771024 | 1,922.24 |
| 9/26 | OFFICE DEPOSIT | 75030768 | 2,688.94 |
| 9/28 | OFFICE DEPOSIT | 76522437 | 1,174.47 |
| 9/30 | OFFICE DEPOSIT | 77290878 | 2,889.66 |
| | **12  Deposits** | **Total** | **$ 41,202.02** |

**Electronic credits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 9/2 | WIRE TRANS TRN 0902024765 090222 101100621040829 | 93056812 | $ 6,244,811.78 |
| | Received From: | | |
| | SUNFLOWER BANK NATIONAL ASSOCIATION | | |
| | Originator: | | |

THE LITIGATION PRACTICE GROUP PC
**Statement Number:** 94874
09/01/22 - 09/30/22

**Electronic credits**

| Date | Description/Location | Reference | Amount |
|------|---------------------|-----------|--------|
|      | PURCHASECO80 LLC    |           |        |

**Other credits and adjustments**

| Date | Description/Location | Reference | Amount |
|------|---------------------|-----------|--------|

# D E B I T S

**Check Paid**

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 0216 | 9/8 | 5,814,146.45 | | | |

**Electronic debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|

THE LITIGATION PRACTICE GROUP PC
**Statement Number:**         **94874**
09/01/22 - 09/30/22

## Electronic debits

## Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|---|------|---|---|
| 9/1 | $ | 1,716.24 | 9/19 | $ | 5,859.85 |
| 9/2-9/5 | | 5,839,492.94 | 9/20 | | 5,492.52 |
| 9/6 | | 5,839,470.01 | 9/21 | | 8,536.48 |
| 9/7 | | 5,846,242.36 | 9/22 | | 7,960.49 |
| 9/8 | | 32,095.91 | 9/23-9/25 | | 9,882.73 |
| 9/9-9/11 | | 32,893.59 | 9/26 | | 11,590.21 |
| 9/12 | | 3,151.45 | 9/27 | | 10,976.60 |
| 9/13 | | 2,849.50 | 9/28 | | 12,135.63 |
| 9/14 | | 3,692.45 | 9/29 | | 12,128.76 |
| 9/15 | | 3,687.44 | 9/30 | | 4,889.66 |
| 9/16-9/18 | | 11,458.57 | | | |