1  Christopher B. Ghio (State Bar No. 259094)
   Christopher Celentino (State Bar No. 131688)
2  Yosina M. Lissebeck (State Bar No. 201654)
   **DINSMORE & SHOHL LLP**
3  655 West Broadway, Suite 800
   San Diego, CA 92101
4  Telephone:  619.400.0500
   Facsimile:  619.400.0501
5  christopher.ghio@dinsmore.com
   christopher.celentino@dinsmore.com
6  yosina.lissebeck@dinsmore.com

7  Matthew J. Stockl (State Bar No. 329366)
   **DINSMORE & SHOHL LLP**
8  550 South Hope Street, Suite 1765
   Los Angeles, CA 90071
9  Telephone: 213.335.7737
   Facsimile: 213.335.7740
10 matthew.stockl@dinsmore.com

11

12 Special Counsel to Richard A. Marshack, Chapter 11 Trustee

13              **UNITED STATES BANKRUPTCY COURT**
        **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**
14

15 In re:                                    Case No.: 8:23-bk-10571-SC

16 THE LITIGATION PRACTICE GROUP P.C.,       Adv. Proc. No. 8:24-ap-01068-SC

17              Debtor.                       Chapter 11

18 RICHARD A. MARSHACK,                       **TEMPORARY RESTRAINING ORDER AS
                                              TO DEFENDANT ARASH ASANTE
19              Plaintiff,                    BAYROOTI AND THE ARASH BAYROOTI
                                              LIVING TRUST AND ORDER SETTING
20 v.                                         HEARING ON PRELIMINARY INJUNCTION**

21
   ARASH ASANTE BAYROOTI, a California
22 resident,

23              Defendant.

24

25

26

27

28

#45347651v3

FILED & ENTERED

AUG 16 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

CHANGES MADE BY COURT

The Court has read and considered the Plaintiff's Emergency Motion for Application for a Right to Attach Order and Issuance of Writ of Attachment, or Alternatively, for a Temporary Protective Order ("Motion") [Dkt. No. 11] filed pursuant to Federal Rule of Civil Procedure 64 made applicable to this adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7064 and CCP § 484.090(a), the simultaneously filed Memorandum of Points and Authorities in Support of the Motion ("Memorandum") [Dkt. No. 12], the Declaration of Trustee Richard A. Marshack in Support of the Motion ("Declaration") [Dkt. No. 13], and the Defendant's Opposition to the Motion [Dkt. No. 20] and Evidentiary Objections to the Declaration [Dkt. No. 19] (collectively "Opposition").   The Court, having held a hearing on the Motion at 1:30 p.m. on August 15, 2024 pursuant to Local Bankruptcy Rule 9075-1, having considered the pleadings on file and having heard the arguments of counsel for and against the Motion at the hearing, and having placed its findings of fact and conclusions of law in support of this Order orally on the record at the hearing, and finding that exigent circumstances exist and good cause appearing therefor, and being fully advised in all respects; hereby **ORDERS AS FOLLOWS**:

1.      The Court grants Trustee's request for a Right to Attach Order and Order for Issuance of Writ of Attachment.  The Right to Attach Order and Order for Issuance of Writ of Attachment are being separately lodged.

2.      Pending service and recording of the Writ of Attachment, a Temporary Restraining Order is hereby entered in favor of the Plaintiff pending a subsequent hearing on a Preliminary Injunction, set for August 29, 2024 at 10:00 a.m. (the "Preliminary Injunction Hearing").

3.      Effective immediately, pursuant to this Order, the Defendant Arash Asante Bayrooti ("Defendant") and the Arash Bayrooti Living Trust shall be and hereby are, jointly and severally, enjoined, restrained, and prohibited from:

    a.   Transferring, selling, encumbering, or otherwise making unavailable to the Trustee, whether through action or inaction, the real property located at 23 Costa Del Sol, Dana Point, California, 92629; and

b.  Transferring, liquidating, converting, encumbering, pledging, loaning, selling, concealing, dissipating, disbursing, assigning, relinquishing, spending, withdrawing, granting a lien or security interest or other interest in, disposing of, or otherwise transferring or making unavailable to the Trustee any funds on deposit as of August 13, 2024 in the Defendant's four (4) checking accounts and two (2) money market accounts held at the U.S. Bank branch located at 24801 Del Prado, Dana Point, CA 92629-2852, as well as the brokerage account held at Charles Schwab, 27201 Puerta Real #100, Mission Viejo, CA 92691-8570 (collectively, the "Accounts").

4.  The Accounts affected by this Order shall include all Accounts of Defendant as of August 13, 2024, with the qualification that Defendant shall be permitted to withdraw up to an aggregate total amount of $30,000 from the Accounts while this Order is in place.

**IT IS SO ORDERED.**

### ###

Date: August 16, 2024

Scott C. Clarkson
United States Bankruptcy Judge

3